UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DIJON TOWNSEND,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 24-cv-12581<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE HIS MOTION TO COMPEL (ECF NO. 24)

Plaintiff Dijon Townsend, proceeding pro se, moves to strike his motion to compel, acknowledging that it was premature. ECF No. 24. But because the Court already denied the motion to compel, Townsend's motion to strike it is **DENIED** as moot.

In his motion, Townsend also asks the Court whether nominal, compensatory, and punitive damages are available to him in this action. ECF No. 24, PageID.205. The Court may not render such legal advice to a party, whether represented by counsel or not. *See Smith v. Palmer*, No. 11-CV-12765, 2011 WL 2623301, at *1 (E.D. Mich. July 5, 2011) (collecting cases).

                                        s/Elizabeth A. Stafford
                                        ELIZABETH A. STAFFORD
                                        United States Magistrate Judge

Dated: February 19, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 19, 2025.

                                        s/Davon Allen
                                        DAVON ALLEN
                                        Case Manager